ORIGINAL

RECEIVED
JAN 3 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Carl Junction R-1 School District

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] R. Deryl Edwards, Jr.

Firm Name: Law Offices of R. Deryl Edwards, Jr.

05-3L

Post Office Box:

Street Address: 606 South Pearl

City-State-Zip: Joplin, MO 64801-2582

Telephone & Facsimile Numbers: (417) 624-1962 / Fax (417) 624-3151

E-mail address: rde@hotmail.com

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 5 1 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: 0 ☐ ☐

**See attached Sheet for three digit code.**

Amount Claimed: $ "to be determined"

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003