ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JAN 25 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, Plaintiff, | ) | |
| v. | ) | No. 05-3L |
| | ) | Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of G. Evan Pritchard as attorney for the United States.

Service of all papers by U.S. Mail should be addressed as follows:

G. Evan Pritchard
Natural Resources Section
Environment & Natural Resources Division
Department of Justice
P. O. Box 663, Washington, D.C. 20044-0663
Telephone: 202-305-0203
FAX: 202-305-0506

Express deliveries by private companies should be addressed to:

G. Evan Pritchard
Department of Justice
Natural Resources Section, ENRD
601 D St., N.W., Rm. 3207
Washington, D.C. 20004

Dated: January 25, 2005

Respectfully Submitted,

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
Email: g.evan.pritchard@usdoj.gov

CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of January, 2005, a true and correct copy of the foregoing Notice of Appearance was mailed via first class mail, postage prepaid, to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582

Felecia Lesesne

Felecia Lesesne

291128.1