ORIGINAL

Smb

# In the United States Court of Federal Claims

FILED
MAR 10 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| * * * * * * * | * | |
| CARL JUNCTION R-1 SCHOOL DISTRICT, | * | |
| Plaintiffs, | * | No. 05-3L |
| v. | * | Filed: March 10, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | * | |

**ORDER**

The parties are reminded that the joint preliminary status report is due on April 15. We will contact the parties soon thereafter to schedule a status conference concerning the need for discovery, if applicable. Counsel will notify the court promptly upon determining that a party will file a dispositive motion.

Nancy B. Firestone
Judge
for Robert H. Hodges, Jr.
Judge