ORIGINAL

6

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
APR 15 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-3L |
| | ) | Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Plaintiff, Carl Junction R-1 School District, and Defendant, the United States of America, by and through their respective counsel, hereby submit this Joint Preliminary Status Report pursuant to the Rules of the United States Court of Federal Claims, Appendix A.

A. JURISDICTION

The parties agree that the Tucker Act, 28 U.S.C. § 1491, confers jurisdiction on this Court to adjudicate a claim of a Fifth Amendment taking.

B. CONSOLIDATION

The parties believe that this case should be consolidated with another case pending in this Court, Hance, et al. v. United States, No. 05-4L, assigned to Judge Christine O.C. Miller. In Hance, claims are brought by 14 individuals. Each case alleges a taking involving the same railroad right-of-way in Missouri and raises many identical legal issues relating to liability and compensation. Furthermore, the parties in both cases are represented by the same respective counsel.

C. BIFURCATION

The parties do not believe that trial of liability and damages should be bifurcated. However, the parties reserve the right to notify the Court if their opinions regarding bifurcation change as the case progresses.

D. DEFERRAL OF PROCEEDINGS

The parties do not believe that this case should be deferred pending consideration of another case before this Court.

E. REMAND OR SUSPENSION

The parties will not seek remand or suspension.

F. ADDITIONAL PARTIES

The parties do not believe that additional parties will be joined.

G. MOTIONS

The parties do not currently intend to file any motions pursuant to Rules 12(b), 12(c) or 56 of the Court of Federal Claims. The parties reserve the right to file dispositive motions at the appropriate time.

H. RELEVANT FACTUAL AND LEGAL ISSUES

(1) Whether Plaintiff owns a property interest in land underlying a former railroad right-of-way ("ROW") that is compensable under the Fifth Amendment.

(2) If Plaintiff owns a compensable property interest, has it been taken by actions of the United States pursuant to the National Trails System Act of 1983, 16 U.S.C. § 1247(d) ("NTSA").

(3) If a compensable property right has been taken, what just compensation is due

Plaintiff.

I. SETTLEMENT

The parties have already conferred several times by telephone and are engaging in informal discovery. Defendant acquired and shared with Plaintiff historical documents relevant to this case from the National Archives and Records Administration ("NARA") facility in College Park, Maryland. Plaintiff has provided Defendant with documents in support of allegations made in the Complaint and will be providing extensive title information in the near future. The parties wish to continue to work cooperatively in the hope of resolving this case without the need for a trial.

J. TRIAL

The parties believe a determination of the need for a trial is premature at this time.

K. ELECTRONIC CASE MANAGEMENT

The parties do not believe there are any special issues regarding electronic case management needs in this case.

L. OTHER

There are no other matters that the parties feel they need to bring to the Court's attention at this point in time.

PROPOSED DISCOVERY PLAN

The parties propose **June 15, 2005**, as the deadline for fact discovery. The only experts the parties anticipate engaging are real estate appraisers not yet identified for the purpose of assessing damages in the event Defendant is determined to be liable. Should liability be determined, the parties anticipate the need for deposing the appraisers, Plaintiff representatives,

and representatives of the Joplin Trail Coalition. The parties respectfully request that they be allowed to continue fact discovery and consideration of liability before proposing deadlines for disclosure of expert reports and depositions on **July 15, 2005**.

Counsel for Defendant has conferred with counsel for Plaintiff concerning the contents of this report, and counsel for Plaintiff has authorized counsel for Defendant to file this report on behalf of both parties.

DATED: April 15, 2005

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

296453.1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of April, 2005, a true and correct copy of the foregoing JOINT PRELIMINARY STATUS REPORT was mailed via first class mail and via facsimile, postage prepaid, to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151 fax

Felecia Lesesne

296453.1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of April, 2005, a true and correct copy of the foregoing Answer was mailed via first class mail and via facsimile, postage prepaid, to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151 fax

Felecia Lesesne

296453.1