ORIGINAL

# In the United States Court of Federal Claims

FILED
APR 26 2005
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, *

Plaintiffs, * No. 05-3L

v. * Filed: April 26, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

**ORDER**

The parties filed a joint preliminary status report that included a request to consolidate this case with another case pending in this court, Hance, et al. No. 05-4L (Miller, J.). Judge Miller issued an Order on April 21 transferring Hance, et al. to this court pursuant to Rule 40.1(b).

The parties state that many of the legal issues are identical and that they are represented by the same counsel. Therefore, the above-captioned case will be consolidated with Case No. 05-4L; all future filings will include both docket numbers in the caption.

Robert H. Hodges, Jr.
Judge

X