8

ORIGINAL

# In the United States Court of Federal Claims

FILED
MAY 12 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| * * * * * * * * | | |
| CARL JUNCTION R-1 SCHOOL DISTRICT, | * | |
| Plaintiffs, | * | No. 05-3L |
| v. | * | Filed: May 12, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * * | | |

**ORDER**

This case has been consolidated with Hance et al. v. United States No. 05-4L. Fact discovery in both cases closes on June 15; the deadline for disclosure of expert reports and depositions is July 15. The parties will contact the court for a status conference during the week of July 18 to discuss the merits of these cases and any plans for dispositive motions or remaining pretrial issues.

Robert H. Hodges, Jr.
Judge