9

ORIGINAL

# In the United States Court of Federal Claims

FILED

MAY 25 2005

U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * * *

Nos. 05-3L, 05-4L

Filed: May 25, 2005

**ORDER**

The May 12 Scheduling Order is modified as follows:

The parties will notify the Court by July 15 of the experts retained and propose a deadline for disclosure of expert reports and depositions.

Robert H. Hodges, Jr.
Judge