ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 15 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

On May 25, 2005, the Court issued an order requiring the parties to notify the Court by July 15, 2005, of the experts retained and propose a deadline for disclosure of expert reports and depositions. The parties, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's order.

The parties have been and continue to work cooperatively to resolve the threshold issue of liability in this case. Specifically, on July 6, 2005, Plaintiffs provided Defendant with title information for Plaintiffs' property to establish ownership on the alleged date of taking. Plaintiffs are currently in the process of providing Defendant with additional title information, as well as maps and other information that will be necessary to establish Defendant's liability.

Given that the liability issue has not been resolved, the parties believe that identification of experts is premature and respectfully request a status conference with the Court to identify further deadlines related to resolving liability before addressing expert witness issues.

Counsel for Plaintiffs has reviewed the content of this report and authorized the undersigned to file it on behalf of both parties.

DATED: July 15, 2005

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

303697.1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of July, 2005, a true and correct copy of the foregoing JOINT STATUS REPORT was served via facsimile and first class mail to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151 fax

Felecia Lesesne

303697.1