ORIGINAL

\\ VRO

# In the United States Court of Federal Claims

FILED
OCT 5 2005
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| * * * * * * * * * | | |
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | * | |
| Plaintiffs, | * | Nos. 05-3L, 05-4L |
| v. | * | Filed: October 5, 2005 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| | * | |
| * * * * * * * * * | | |

**ORDER**

The parties informed the court during the July 20 status conference that they were checking titles and exploring a means of resolving this case. Counsel hoped to finish this document exchange by September 9. We ask that the parties file a status report no later than October 14.

Robert H. Hodges, Jr.
Judge