ORIGINAL

12

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
OCT 14 2005
U.S. COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

Nos. 05-3L, 05-4L
Senior Judge Robert H. Hodges, Jr.

**JOINT STATUS REPORT**

On October 5, 2005, the Court issued an order requiring the parties to file a joint status report no later than October 14, 2005. The parties, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's order.

A status conference was held on July 20, 2005, at which time the parties informed the Court that they were checking titles and exchanging documents in an effort to address the issue of liability. Counsel for Plaintiffs stated that he hoped that this process would be completed by September 9, 2005. Despite their diligent efforts, the parties are still exchanging and reviewing documents to ensure that each plaintiff has a valid property interest in the former railroad right-of-way at issue.

Most recently, Plaintiffs provided Defendant with requested maps and deeds on October 3, 2005. Counsel for Defendant has reviewed these documents and requested additional information from Plaintiffs. Although Defendant has now received a significant amount of information from Plaintiffs, additional information is still needed with respect to some of Plaintiffs' claims in order to establish that they have a property interest. The parties therefore

respectfully request that they be allowed to continue their cooperative efforts and file another joint status report once all relevant information has been provided to Defendant.

Counsel for Plaintiffs has reviewed the content of this report and authorized the undersigned to file it on behalf of both parties.

DATED: October 14, 2005

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

311151.1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 14th day of October, 2005, a true and correct copy of the foregoing JOINT STATUS REPORT was served via facsimile and first class mail to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965 fax

Felecia Lesesne

311151.1