13

ORIGINAL

# In the United States Court of Federal Claims

FILED
OCT 19 2005
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: October 19, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

The parties informed the court in their Joint Status Report filed on October 5 that they are still in the process of checking titles and exchanging documents. The parties are instructed to file a status report no later than December 2.

Robert H. Hodges, Jr.
Judge