ORIGINAL

14

FILED
DEC 2 2005
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |

**JOINT STATUS REPORT**

On October 19, 2005, the Court issued an order requiring the parties to file a joint status report no later than December 2, 2005. The parties, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's order.

The parties have made significant progress in resolving the issue of liability, subject to final approval by the Justice Department, with respect to most of the Plaintiffs. However, Plaintiffs are still in the process of gathering ownership information requested by Defendant. Specifically, Defendant has asked for (1) an estimate of each Plaintiffs' frontage along the former railroad right-of-way at issue and (2) assistance from Plaintiffs in identifying on relevant maps exactly what property Plaintiff Carl Junction R-1 School District owned on June 21, 2002, the date the Notice of Interim Trail Use ("NITU") was issued, and proof of that ownership.

The parties propose that Plaintiffs provide Defendant with the above-requested information no later than January 3, 2006. Defendant shall then have until February 1, 2006, to review the information and determine if any ownership questions remain unresolved. The parties respectfully respect a status conference at the Court's convenience on or after February 8, 2006,

to discuss deadlines for further action.

Counsel for Plaintiffs has reviewed the content of this report and authorized the undersigned to file it on behalf of both parties.

DATED: December 2, 2005

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

317680.1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of December, 2005, a true and correct copy of the foregoing JOINT STATUS REPORT was served via facsimile and first class mail to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965 fax

Felecia Lesesne

317680.1