15

ORIGINAL

# In the United States Court of Federal Claims

FILED

DEC 9 2005

U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: December 9, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

The parties are working together to resolve this case. Plaintiffs may assist the process by providing the Government no later than January 3, 2006 an estimate of their frontage along the former right-of-way at issue and identifying property owned by Carl Junction R-1 School District on June 21, 2002 along with proof of ownership. The Government will review the information supplied by plaintiffs and the parties will file a joint status report no later than February 8, 2006.

Robert H. Hodges, Jr.
Judge