ORIGINAL

16

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
FEB 8 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |

**JOINT STATUS REPORT**

On December 9, 2005, the Court issued an Order requiring the parties to file a joint status report no later than February 8, 2006. The parties, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's Order.

The Order required Plaintiffs to (1) provide Defendant with frontage estimates along the former right-of-way at issue for all Plaintiffs; (2) identify the property owned by Carl Junction R-1 School District; and (3) provide proof that Carl Junction R-1 School District owned that property on June 21, 2002. Plaintiffs provided Defendant with all of this information on January 3, 2005. After careful review, Defendant requested additional information from Plaintiffs on January 24, 2006, pertaining to Carl Junction R-1 School District's alleged ownership interest in the right-of-way. Plaintiffs provided Defendant with this information today via facsimile.

The parties propose that Defendant review the information received today by no later than March 17, 2006. The parties further propose that they file a joint status report no later than March 31, 2006.

Counsel for Plaintiffs has reviewed the content of this report and authorized the

undersigned to file it on behalf of both parties.

DATED: February 8, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

327600.1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of February, 2006, a true and correct copy of the foregoing JOINT STATUS REPORT was served via facsimile and first class mail to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965 fax

Joy Allen

327600.1