ORIGINAL

# In the United States Court of Federal Claims

FILED
FEB 10 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| * * * * * * * * | * | |
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | * | |
| Plaintiffs, | * | Nos. 05-3L, 05-4L |
| v. | * | Filed: February 10, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * * | * | |

**ORDER**

The parties will file a joint status report no later than March 31, 2006.

Robert H. Hodges, Jr.
Judge