ORIGINAL

FILED
FEB 17 2006
U.S. COURT OF FEDERAL CLAIMS

18

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT )
)
Plaintiff, )
)
vs. ) Case No. 05-3L
)
THE UNITED STATES OF AMERICA, )
)
Defendant. )

Consolidated Cases

PAUL & KATHLEEN HANCE, et al.
)
Plaintiffs, )
)
vs. ) Case No. 05-4L
)
THE UNITED STATES OF AMERICA )
)
Defendant. )

**PLAINTIFFS' MOTION TO CONVERT CASES TO ELECTRONIC CASE FILING (ECF) FORMAT AND SUGGESTIONS IN SUPPORT**

Comes Now the Plaintiffs in the above captioned case, by and through their counsel of record and, pursuant the applicable Rule of Federal Civil Procedure, move to immediately convert the above captioned consolidated cases into the Electronic Case Filing (ECF) system now prevalent in Federal District Courts, and in support of their motion state the following:

1. The Plaintiffs, in filing the above condemnation actions in 2005, were placed under the federal filing system in existence at the time that emphasized paper filing. Subsequent to Plaintiffs' filing of the cases in the Court of Federal Claims, it is counsel's

understanding that the Court has converted to a paperless format known as ECF. It is Plaintiffs' request that the Court enter an Order of this permitting this case to immediately be converted from the former paper filing system to the current ECF format. Plaintiffs' counsel is well familiar with the ECF system and respectfully submits that this paperless system promotes significant conservation of judicial, governmental and private litigant resources as well as promotes judicial economy and efficacy.

2. The Plaintiffs have consulted the counsel of record for the Defendant U.S. government concerning this motion and understand that the Defendant has no objection to the Plaintiffs' request for the Order sought herein

WHEREFORE, the Plaintiffs request an Order permitting the conversion of the above consolidated cases from paper filing to the ECF system for the reasons stated herein and for such other and further reasons as the Court deems just and equitable.

Respectfully Submitted,

R. Deryl Edwards MO# 48277
LAW OFFICES OF R. DERYL EDWARDS
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151
rde417@hotmail.com

**Certificate of Service**

Comes Now the Plaintiffs, by and through their counsel of record, and herewith certify that they have transmitted the above Motion To Convert to ECF System this 13th day of February, 2006, by U.S. Mail, postage prepaid, and by facsimile transmission to the following:

Evan Pritchard
Trial Attorney, Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044

R. Deryl Edwards