ORIGINAL

FILED
FEB 17 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT )
Plaintiff, )
vs. ) Case No. 05-3L
THE UNITED STATES OF AMERICA, )
Defendant. )

Consolidated Cases

PAUL & KATHLEEN HANCE, et al.
Plaintiffs, )
vs. ) Case No. 05-4L
THE UNITED STATES OF AMERICA )
Defendant. )

**PLAINTIFFS' MOTION TO AMEND COMPLAINT AND SUGGESTIONS IN SUPPORT**

Comes Now the Plaintiffs in the above captioned case, by and through its counsel of record and, pursuant the applicable Rule of Federal Civil Procedure, including FRCP 15(a), 16, 26 and this Court's local rules, state the following:

1. The Plaintiffs seek leave of the Court to amend its Complaint to add two additional Plaintiffs, Mike and Anita Eddy, to the condemnation action case no. 05-4L only and otherwise to promote judicial economy and efficacy.

2. The Plaintiffs seek the Court's approval, pursuant to FRCP 15(a), for leave to file an amended Complaint that only seeks to add the two above referenced additional Plaintiffs without any other changes to the Complaint. Furthermore, as a result of the

extensive cooperative effort of the counsel for the United States Government, Department of Justice and the Plaintiffs, the parties have discussed this amendment previously and have exchanged and continue to exchange documents and information in order that this proposed amendment not operate to the prejudice of the Court, applicable deadlines or the individual parties. The amended Complaint, which is attached hereto and incorporated herein by this reference, has been amended to reflect the addition of the two Plaintiffs.

WHEREFORE, the Plaintiffs request an Order permitting the filing of the Amended Complaint for the reasons stated herein and for such other and further reasons as the Court deems just and equitable.

Respectfully Submitted,

R. Deryl Edwards MO# 48277
LAW OFFICES OF R. DERYL EDWARDS
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151
rde417@hotmail.com
ATTORNEYS FOR PLAINTIFFS

**Certificate of Service**

Comes Now the Plaintiffs, by and through their counsel of record, and herewith certify that they have transmitted the above Motion To Amend Complaint and a proposed Amended Complaint this 13th day of February, 2006, by U.S. Mail, postage prepaid, and by facsimile transmission to the following:

Evan Pritchard
Trial Attorney, Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044

R. Deryl Edwards