22

ORIGINAL

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAR 31 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

On February 10, 2006, the Court issued an Order requiring the parties to file a joint status report no later than March 31, 2006. The parties, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's Order.

The parties have been unable to resolve the issue of whether Plaintiff Carl Junction R-1 School District has a property interest in the right-of-way at issue in this case. Defendant intends to file a motion for summary judgment on that issue no later than May 26, 2006.

The parties are discussing the possibility of settling the claims of the Hance Plaintiffs. The parties respectfully propose that they continue settlement discussions and update the Court on their progress with a joint status report no later than June 21, 2006.

This report was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this report on behalf of both parties.

DATED: March 31, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

333000.1

CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of March, 2006, a true and correct copy of the foregoing JOINT STATUS REPORT was served via facsimile and first class mail to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965 fax

Felecia Lesesne

333000.1