23

ORIGINAL

# In the United States Court of Federal Claims

FILED
APR 5 2006
U.S. COURT OF
FEDERAL CLAIMS

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: April 5, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

## ORDER

It appears that the parties will not resolve this case as they discussed with the court last year. We permitted substantial delays on the assumption that they were making progress. Now many months during which motions for summary judgment, briefings, and oral arguments could have been conducted, have been lost. The parties seek similar delays in Hance, for similar purposes. They propose the next status report in Hance for June 21.

Defendant's motion for summary judgment regarding Carl Junction R-1 School District is due no later than May 26, 2006. Plaintiffs' response will be filed in accordance with the rules of this court. We will schedule an oral argument very soon thereafter, if necessary, and rule as soon as possible. Motions in Hance will be due on the same schedule, unless counsel can assure the court that they have discussed settlement in Hance, in good faith, and that settlement is likely.

Robert H. Hodges, Jr.
Judge