24

ORIGINAL

# In the United States Court of Federal Claims

FILED
APR 11 2006
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: April 11, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

This case has been deemed suitable for conversion to an electronic (ECF) case. The Clerk of the Court therefore will designate this an ECF case. All future filings will be in electronic form pursuant to General Order 42A.

Robert H. Hodges, Jr.
Judge