Reproduced at the National Archives

D. V. Form No. 107
50,000 11 9 1920

Owner St.Louis-San Francisco Ry. Co.
Operating Company St.Louis-San Francisco Ry. Co.
Division Northern
State Missouri County Jasper
Valuation Section No. 10 Missouri
From 15206/40 to 17502/90

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Sheet No. 80 of 83 sheets (this form)
Map No. S-11
Date compiled June 30, 1918
Compiled by G.N. Kelley
Correct [signature] Valuation Engineer. (Title)

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded: Book (7) | Recorded: Page (8) | Recorded: Date (9) | Area: Acres (10) | Area: Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost of Parcel When Originally Acquired: Amount (14) | Cost of Parcel When Originally Acquired: Character of Expenditure (15) | If Portion of Parcel Has Been Sold: Date of Sale (16) | If Portion of Parcel Has Been Sold: Actual Consideration Received (17) | Cost at Date of Dedication of Parcel as Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14655 | W.D. | 6/14/76 | Chas L. Skinner | Jos Seligman et al | 39 | 258 | 12/6/76 | | 100800 | Included in Par. 3 Map 11 | 6/14/76 | | | | | | For cost see Par. 3 Map 11 |
| 2 | 14659 | W.D. | 5/2/82 | Chas L. Skinner | SL-SF RR Co | 61 | 345 | 5/22/82 | | 10000 | $1.00 | 5/2/82 | $1.00 | Cons. | | | $1.00 | Original Par. 2 Map S-11 covers 10000 sq.ft.Par. 3 Map S-11 covers 8788 sq.ft. |
| 3 | 14659 | W.D. | 5/2/82 | Chas L. Skinner | SL-S RR C. | 61 | 345 | 5/22/82 | | 8788 | Included in Par. 2 Map S-11 | 5/2/82 | | | | | | For cost see Par. 2 Map S-11 |
| 4 | 14643 | Cond. | 3/13/76 | H.C.Young | M.C.& N. W.R Co | H | 434 435 | 5/31/76 | | 419000 | | 3/13/76 | | | | | | See remarks Par. 20 Map 9 |
| | 14655 | W.D. | 6/14/76 | Chas L. Skinner | Jos Seligman etal | 39 | 258 | 12/6/76 | | | Included in Par. 3 Map 11 | | | | | | | For cost of this interest see Par. 3 Map 11 |
| 5 | 14660 | Q.C. | 3/12/84 | Augustus Knight | L-SF R | 70 | 336 | 3/17/84 | | 12000 | $1.00 | 3/12/84 | $1.00<br>1.00 | Cons.<br>Rec. fee | | | 2.00 | |

INSTRUCTIONS TO CARRIERS.—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

Def.'s Ex. 1

D1001