GENERAL WARRANTY DEED.—The Winchell & Ebert Printing and Lithographing Co., Hannibal, Mo.

# THIS INDENTURE,

Made on the 11th day of June A. D. One Thousand Eight Hundred and Seventy six, by and between Charles L. Skinner of Jackson County, Missouri part y of the First Part, and Joseph Seligman and Josiah Macy Jr. of the County of New York in the State of New York part ies of the Second Part.

**Witnesseth:** That the said part — of the First Part, in consideration of the sum of One Hundred ($100) — 100 **Dollars,** to him paid by the said part ies of the Second Part, the receipt of which is hereby acknowledged, do — by these Presents, **Grant, Bargain and Sell, Convey and Confirm,** unto the said part ies of the Second Part, his heirs and assigns, the following described Lots, Tracts, or Parcels of Land, lying, being and situate in the County of Jasper and State of Missouri, to-wit:

A strip of Land one hundred (100) feet wide, being fifty feet equi distant from the center of the Railroad Track of the Railroad owned and operated by parties of second part known as M. C & N. W. R. R. where the same is located and constructed over and through the following described large tracts of land, towit: The S.W.(¼) quarter of Section (5) Five the South (½) half of Section (6) Six & the North (½) half of Section (7) Seven all in Township (28) Twenty eight and Range (33) Thirty three

Def.'s Ex. 2

D2001

**To Have and To Hold** The Premises aforesaid, with all and singular the rights, privileges, appurtenances and immunities thereto belonging, or in anywise appertaining, unto the said part ___ of the Second Part, and unto their heirs and assigns and successors FOREVER; the said Charles L. Skinner hereby covenanting that he is lawfully seized of an indefeasible ESTATE IN FEE in the premises herein conveyed; that he has good right to convey the same; that the said premises are free and clear of any encumbrances done or suffered by him or those under whom he claims; and that he will **Warrant and Defend** the title to the said premises unto the said parties of the Second Part, and unto their heirs and assigns FOREVER, against the lawful claims and demands of all persons whomsoever.

**In Witness Whereof,** The said party of the First Part has hereunto set his hand and seal the day and year first above written.

*Signed, Sealed and Delivered in Presence of us.*

Charles L. Skinner [SEAL]

[SEAL]

[SEAL]

[SEAL]

STATE OF MISSOURI, }
County of ___ } ss.

BE IT REMEMBERED, That on this ___ day of ___ A. D. 187__, before the undersigned, a ___ within and for the County of ___ and State of Missouri, personally came ___ who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument of writing as parties thereto, and acknowledged the same to be their act and deed for the purposes therein mentioned. And the said ___ being by me first made acquainted with the contents of said instrument, upon an examination separate and apart from ___ husband ___ acknowledged that ___ executed the same, and relinquish ___ dower in the Real Estate therein mentioned, freely and without fear, compulsion or undue influence of ___ said husband.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at my office in ___ the day and year first above written.

STATE OF MISSOURI, }
COUNTY OF ______ } ss.

BE IT REMEMBERED, That on this ______ day of ______ A. D. 18__, before the undersigned, a ______ within and for the County of ______ and State of Missouri, personally came ______ who are personally known to me to be the same persons whose names are subscribed to the foregoing instrument of writing as parties thereto, and acknowledged the same to be their act and deed for the purposes therein mentioned. And the said ______ being by me first made acquainted with the contents of said instrument, upon an examination separate and apart from ______ husband ___ acknowledged that ______ executed the same, and relinquish ______ dower in the Real Estate therein mentioned, freely and without fear, compulsion or undue influence of ______ said husband ___.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed my official seal at my office in ______ the day and year first above written.

---

STATE OF MISSOURI, }
COUNTY OF Jasper } ss.

BE IT REMEMBERED, That on this Fourteenth day of June A. D. 1876, before the undersigned, a Notary Public, qualified 3/7, 74. Term ex 3/6 78. within and for the County of Jasper aforesaid, personally came Charles L. Skinner who is personally known to me to be the same person whose name is subscribed to the foregoing instrument of writing, as a party thereto, and acknowledged the same to be his act and deed for the purposes therein mentioned. And the said Charles L. Skinner further declared himself to be single and unmarried.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal at my office in ______ the day and year first above written.

James P. Betts. Notary Public.

The foregoing Deed was filed for Record in this office on the 25th day of December A. D. 1876, at Four o'clock Thirty minutes P. M.

James A. Bohn RECORDER.
By L. E. [illegible] Deputy

Def.'s Ex. 2

D2003