4500 8-29 48357

# ST. LOUIS-SAN FRANCISCO RAILWAY CO.

condemnation proceedings

**Deed No.** 14643

Memphis, Carthage & Northwestern Rd Co

~~FROM~~

~~TO~~ and

John Elliott, et al.

Dated March 13, 1876

State Missouri

County Jasper

Sec. Sundry Twp. 28 & 29 R. 33 & 34 E W

City or Town

Block Lot

Filed

Date

Book Page

Jasper Circuit Court March 13th 1876

Be it remembered that at a Regular term of the Circuit Court of Jasper County Missouri, begun and held at the Court House in the city of Carthage on Monday the 13th day of March A.D. 1876.

There being present Hon. Joseph Cravens Judge of said Court. A. L. Thomas Prosecuting Attorney of Jasper County Ulysses Hendrickson Sheriff of Jasper County and Meredith Taylor Clerk of said Court at which time and place the following proceedings were had, to wit:

Memphis Carthage and North Western Rail Road Company Plff

vs

John Elliott Et al Defts

Now at this day this cause coming on to be heard and the Court being fully advised in the premises and it appearing to the satisfaction of the Court that the plaintiff has paid or deposited in the Court the amount of damages assessed to each of the defendants hereinafter named it is therefore considered ordered adjudged and

decreed that the plaintiff may have take and appropriate to its own use as a right of way for its Railroad a strip of land one Hundred feet wide, that is fifty feet equi-distant from the center of the track of its Railroad when the same is located, over and through the following described Lot, tract and parcels of land belonging to the person named below to-wit:

#1 The North Half of the North East quarter and the North Half of the North West quarter of Section Thirty Six (36) in Township Twenty nine (29) of Range Thirty three (33) the property of Defendant John Elliott

#2 The North East quarter of the North East quarter of Section Thirty five (35) in Township Twentynine (29) of Range Thirtythree (33) the property of Defendant George Stultz.

#3 The South East quarter of the North West quarter of Section Thirty five (35) in Township Twentynine (29) of Range Thirty three (33) the property of defendant S. J. Weaver,

Decided by Frank Charlton The North Half of the South East quarter of Section Thirty four (34) in Township Twenty nine (29) of Range Thirty three (33) the property of defendant John Sargent.

Def.'s Ex. 3

D3003

The North Half of the South West quarter of Section Thirty Four (34) of Township 29, of Range Thirty three the property of John Collins,

The North East quarter of the South East quarter of Section Thirty three (33) in Township Twenty nine (29) of Range Thirty three (33) the of the defendant William E. Evans,

The South Half of Section Six (6) in Township Twenty Eight (28) of Range Thirty three (33) the property of Defendant H. C. Young,

The North East quarter of the North East quarter of Section Twelve (12) in Township Twenty Eighth (28) of Range Thirty Four (34) the property of defendant Stephen Fountain,

The North East quarter of the North West quarter of Section Twelve (12) in Township Twenty Eighth (28) of Range Thirty Four (34) the property of defendant John Nelson

The South Half of the North East quarter of Section Eleven (11) in Township Twenty Eighth (28) of Range Thirty Four (34) the property of defendant George B Martin

The plaintiff to have and to hold the easement of right of way to itself its successors and assigns as against said defendants

their heirs and assigns so long as the shall be used for the purposes of Railroad.

State of Missouri }
County of Jasper } SS.

J. M. Taylor Clerk of the Circuit Court within and for the County of Jasper do hereby certify that the above and foregoing is a true copy of the Decree of Right of way for Railroad as fully as the same is shown on Record [illegible] page 434 & 435, in my Office.

Witness my hand and the Seal of said Court affixed.

Done at Office in the City of Carthage this 31st day of May A.D. 1876.

J. M. Taylor
Clerk

Def.'s Ex. 3

14643

Memphis, Carthage & Northwestern Railroad Co,

vs

John Elliott Et al

Jasper Co.

Cert. Copy of Right of way

#81 A

$1.25