**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Nos. 05-3L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT**

Pursuant to RCFC 56(h)(1), Defendant United States of America hereby submits the following proposed findings of uncontroverted fact in support of its separately filed Motion for Summary Judgment ("Defendant's Motion"):

1. The warranty deed at issue in Defendant's Motion was identified by reviewing a document prepared in 1918 titled "Lands Owned or Used for Purposes of a Common Carrier" ("Val Schedule") (attached as "Def.'s Ex. 1" to Defendant's Motion). On that document, Parcel No. 4 corresponds to the piece of the right-of-way abutting Plaintiff Carl Junction R-1 School District's ("Carl Junction's") property. The two title documents listed for Parcel No. 4 are a condemnation decree and the warranty deed. See Def.'s Ex. 1.

2. At Defendant's request, Carl Junction obtained and provided to Defendant a copy of the warranty deed, dated June 14, 1876, as recorded at the Jasper County Recorder of Deed's office in Carthage, Missouri (attached as "Def.'s Ex. 2" to Defendant's Motion). Defendant obtained a copy of the condemnation decree, dated March 13, 1876, from the

Burlington Northern Santa Fe Railway Company, the last railroad company to provide rail service on the right-of-way (attached as "Def.'s Ex. 3" to Defendant's Motion).

3. The warranty deed, like the condemnation decree, describes the portion of the railroad right-of-way that borders Carl Junction's property that is located in the southern half of Section Six, Township 28, Range 33, in Jasper County, Missouri. See Def.'s Ex. 2 at D2001 and Def.'s Ex. 3 at D3004. The grantees of the deed are Joseph Seligman and Josiah Macy, Jr., the owners and operators of the Memphis Carthage and Northwestern Railway Company, Burlington Northern Santa Fe Railway Company's predecessor-in-interest. Def.'s Ex. 2 at D2001; Compl. ¶ 11.

4. In the warranty deed's granting clause, the grantor agreed to "**Grant, Bargain and Sell, Convey and Confirm,** unto [the owners of the railroad] the following described Lots, Tracts, or Parcels of Land, lying, being and situate in the County of Jasper and State of Missouri, to wit: [legal description]." Def.'s Ex. 2 at D2001 (emphasis in the original).

5. The warranty deed recites consideration of $100. Def.'s Ex. 2 at D2001.

6. The habendum clause in the warranty deed states:

> **To Have and To Hold** The Premises aforesaid, with all and singular the rights, privileges, appurtenances and immunities thereto belonging, or in anywise appertaining unto the party of the [owners of the railroad], and unto their heirs and assigns and successors FOREVER; the [landowner] hereby covenanting that he is lawfully seized of an indefeasible ESTATE IN FEE in the premises herein conveyed; the he has good right to convey the same; that the said premises are free and clear of any encumbrance done or suffered by him or those under whom he claims; and that he will **Warrant and Defend** the title to the said premises unto the [owners of the railroad], and unto their heirs and assigns FOREVER, against the lawful claims and demands of all persons whomsoever.

Def.'s Ex. 2 at D2002 (emphasis in the original).

DATED: May 26, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

340029.1