**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR RELIEF FROM THE PAGE LIMITATION REQUIREMENT AND MOTION FOR LEAVE TO FILE PAPER EXHIBITS TO THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AND THEIR SUGGESTIONS IN SUPPORT**

Comes now Plaintiff, Carl Junction R-1 School District, by and through its counsel of record, R. Deryl Edwards, Jr. and L. Dean Wilson, and in support of Plaintiff's Motion for Leave to File Paper Exhibits to their Motion for Partial Summary Judgment and Suggestions in Support, state the following:

1. That the present case was commenced in a paper submission format and, upon request by the Plaintiff, the Court recently granted the parties access to the federal ECF system.

2. That pursuant to the Court's recent scheduling Order, it set the deadline for filing dispositive motions in the above captioned case for May 26, 2006. Plaintiff's Motion for Leave is submitted prior to the expiration of the applicable filing deadline. The purpose of this Motion is to promote judicial economy and efficacy and is not for the purposes of delay.

3. That Plaintiff will, promptly after transmission of the present Motion,

transmit a Motion for Partial Summary Judgment, Suggestions in Support and Proposed Statements of Uncontroverted Fact pursuant to the Court's scheduling Order and Court of Claims

Rule 56.

4. That Plaintiff, in attempting to scan the documents it intends on using as exhibits, produced copies of poor quality. Plaintiff respectfully submits that at least part of the reproduction problem with the documents is that many of the documents are copies of microfiche documents from the 1860's and 1870's and apparently the documents are not conducive to sufficient resolution and clarity for scanning.

5. That Plaintiff respectfully seeks leave of Court to submit the documents in an alternative format to maximize the resolution for the Court and counsel, such as paper or other acceptable format ordered by the Court.

6. That Plaintiff seeks relief from the page limitation requirement as Plaintiff expects to submit 60 - 70 pages of documents for exhibits in support of its dispositive motion, organized into 27 separate exhibits.

WHEREFORE, Plaintiff has, for good cause, sought leave of Court to submit documents in an alternative format, as paper, and for relief from the maximum document limitation for the reasons set hereinabove and requests the Court grant relief to Plaintiff for these and such other and further reasons as the Court deems just and equitable.

S/ R. DERYL EDWARDS, JR.
R. DERYL EDWARDS, JR., MOBAR #48277
606 S. Pearl
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 *facsimile*

*Attorney for Plaintiffs*