IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT,<br><br>Plaintiff, | ) | |
| vs. | ) | Case No.: 05-3L |
| UNITED STATES OF AMERICA,<br><br>Defendant, | ) | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Come Now the Plaintiff, by and through their counsel of record, and pursuant to Court of Claims Rule 56, hereby move for partial summary judgment against the Defendant on the issue of the Plaintiff's ownership of at least 50 feet of the land underlying an abandoned railroad right of way for the purposes of standing and entitlement to receive proceeds from condemnation of the railroad right-of-way by means of federal law pursuant to Section 8(d) of the National Trails System Act, 16 U.S.C. § 1247(d) and proceedings before the Surface Transportation Board, Docket AB-6 (Sub-No. 395X) concerning railbanking of an abandoned railroad right of way which has been converted into a recreational trail pursuant to the National Trails Act and federal regulations. The Plaintiffs incorporate by reference their Proposed Findings of Uncontroverted Facts, Suggestions in Support of Plaintiffs' Motion for Partial Summary Judgment and Exhibits thereto as though more fully set forth herein.

WHEREFORE, Plaintiff prays the Court issue a partial summary judgment against the Government as requested hereinabove and the Plaintiff recover its costs, fees and expenses and be granted such other and further relief as the Court deems just and equitable.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151
rde417@hotmail.com

and

RICHART LAW OFFICES
Robert W. Richart Mo Bar #18917
L. Dean Wilson #39356
610 Pearl, Suite C
Joplin, Missouri 64801
Phone: 417-781-6770
Fax: 417-781-7554
richartlaw@hotmail.com
ATTORNEYS FOR PLAINTIFF