# In the United States Court of Federal Claims

**05-3L**

**Filed: June 13, 2006**

**CARL JUNCTION R-1 SCHOOL DISTRICT**

**v.**

**THE UNITED STATES**

PLAINTIFF'S EXHIBITS TO MOTION FOR PARTIAL SUMMARY JUDGEMENT, SUGGESTIONS IN SUPPORT AND PROPOSED FINDINGS OF UNCONTROVERTED FACT

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.