IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to the Court's Order of April 5, 2006, Defendant and Plaintiff Carl Junction R-1 School District ("Carl Junction") electronically filed cross motions for summary judgment on May 26, 2006. At issue in these motions is whether Carl Junction has a property interest in the railroad corridor at issue upon which to base its takings claims. At the time Carl Junction filed its motion, Carl Junction requested leave of court to file in paper form the exhibits in support of its Motion for Partial Summary Judgment ("Carl Junction's Motion") because the documents were difficult to read when electronically scanned. The Court granted Carl Junction's request on May 30, 2006, and the exhibits were filed in paper form on June 13, 2006. Defendant received copies of the exhibits on June 12, 2006.

Among Carl Junction's exhibits were deeds and other documents that were not previously produced to Defendant, despite many months of discussion between the parties and requests by Defendant for information relevant to Carl Junction's takings claims. In a phone conversation on Wednesday, June 21, 2006, counsel for Carl Junction informed Defendant that these documents were not previously produced or otherwise brought to Defendant's attention

because they were discovered in county records just a few days before Carl Junction's Motion was filed. Defendant thus saw these documents for the first time when they were received, along with Carl Junction's other exhibits, on June 12, 2006. Upon review of these documents, Defendant believes they potentially support Carl Junction's claims of ownership and render Defendant's Motion for Summary Judgment moot. Defendant has hired a title expert to ensure that the parties have all relevant documents necessary to determine whether Carl Junction has a property interest in the corridor. Defendant estimates that an additional thirty (30) day are required to make this determination and appropriately respond to Carl Junction's Motion.

For the reasons stated above, Defendant respectfully requests an enlargement of thirty (30) days, or until July 26, 2006, in which to respond to Carl Junction's Motion. Defendant has not previously requested an enlargement of time to respond to Carl Junction's Motion. Defendant contacted Counsel for Carl Junction who stated that he does not oppose this request for an enlargement of time.

DATED: June 22, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

342935.1