IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 05-3L |
| | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF'S RESONSE IN OPPOSITION TO DEFENDANT UNITED STATES MOTION FOR SUMMARY JUDGMENT, SUGGESTIONS IN SUPPORT AND PROPOSED FINDINGS OF UNCONTROVERTED FACT**

LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-3151
rde417@hotmail.com

and

RICHART LAW OFFICES
Robert W. Richart Mo Bar #18917
L. Dean Wilson #39356
610 Pearl, Suite C
Joplin, Missouri 64801
Phone: 417-781-6770
Fax: 417-781-7554
richartlaw@hotmail.com
ATTORNEYS FOR PLAINTIFF