IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 05-3L<br>Judge Robert H. Hodges, Jr. |

## TABLE OF CONTENTS


**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**PLAINTIFF'S SUGGESTIONS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

STANDARD OF REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

ARGUMENTS AND AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

I. THE PLAINTIFF, CARL JUNCTION SCHOOL DISTRICT, IS ENTITLED TO PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF ITS STANDING, ITS OWNERSHIP OF THE REAL PROPERTY CONDEMNED BY THE FEDERAL GOVERNMENT AS A CONSEQUENCE OF RAILBANKING PURSUANT TO SECTION 8(d) OF THE NATIONAL TRAILS SYSTEM ACT, 16 U.S.C. § 1247(d), AND PROCEEDINGS BEFORE THE SURFACE TRANSPORTATION BOARD, DOCKET AB-6 (SUB-NO. 395X), AND OTHERWISE FOR ITS ENTITLEMENT TO COMPENSATION FOR THE CONDEMNATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

A. The Plaintiff District Possesses Standing to Assert the Condemnation Claims Against the Government Arising Out of Federal Railbanking Law, Having Submitted a Prima Facie Case of Entitlement To A Condemnation Award Pursuant to the Applicable Summary Judgment Legal Standards and Otherwise Has Established Its Entitlement to Summary Judgment Relief . . . . . . . . . . . . . . . . . . . . . . . . .

B. Joseph Seligman and Josiah Macy, Jr., acting as personal representatives of Seligman & Company, the principal secured creditor of the Memphis, Carthage and Northwestern Railroad Company, were not operating the railroad subsequent to its dissolution in 1874 as stockholders or otherwise . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**EXHIBITS TO PLAINTIFF'S SUGGESTIONS (1 – 27)**

**PROPOSED FINDINGS OF UNCONTROVERTED FACT**