**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME AND REQUEST FOR LEAVE TO FILE A CONSOLIDATED BRIEF**

Defendant and Plaintiff Carl Junction R-1 School District ("Carl Junction") electronically filed cross motions for summary judgment on May 26, 2006. Carl Junction's Motion for Partial Summary Judgment included exhibits that potentially support Carl Junction's ownership claims and render Defendant's Motion for Summary Judgment moot. Defendant therefore requested an additional thirty (30) days, until July 26, 2006, to respond to Carl Junction's motion. See Defendant's Unopposed Motion for an Enlargement of Time filed June 22, 2006. During that additional period of time, Defendant will have a title expert evaluate Carl Junction's ownership claims and ensure that the parties have all relevant title documents.

Defendant's reply brief in support of its Motion for Summary Judgment is currently due July 13, 2006. Defendant's reply, like its response to Carl Junction's motion, will be based primarily on the title expert's determinations. Defendant therefore respectfully requests the Court's leave to file a consolidated brief in response to Carl Junction's motion and in support of its own Motion for Summary Judgment on July 26, 2006. Counsel for Carl Junction has

informed Defendant that he does not oppose this motion. Defendant has not previously sought an extension to file a reply in support of its Motion for Summary Judgment.

DATED: June 28, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

343819.1