# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: July 6, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

Defendant's unopposed motion for enlargement of time to July 26 in which to respond to plaintiff's motion is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge