**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO WITHDRAW PENDING CROSS-MOTIONS FOR SUMMARY JUDGMENT**

As contemplated by Defendant's Unopposed Motion for an Enlargement of Time filed June 28, 2006, Defendant had a title expert evaluate the documents filed by Plaintiff Carl Junction R-1 School District ("Carl Junction") in support of its Motion for Partial Summary Judgment. Defendant's title expert verified that these documents support Carl Junction's ownership claims in the railroad right-of-way at issue in this action. Having now tentatively agreed that each of the Plaintiffs has an ownership interest in the right-of-way, the parties wish to withdraw their cross-motions for summary judgment that were filed on May 26, 2006, and pursue settlement discussions.

The parties believe the withdrawal of the pending cross-motions will best serve the interests of judicial economy by allowing them to pursue settlement discussions without requiring the Court to first rule on the issue of liability. Therefore, the parties respectfully request that Defendant's Motion for Summary Judgment and Carl Junction's Motion for Partial Summary Judgment, both filed May 26, 2006, be withdrawn.

This report was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this report on behalf of both parties.

DATED: July 24, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

346099.1