# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: August 1, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

The joint motion to withdraw pending cross-motions for summary judgment is GRANTED. The parties will file a status report no later than August 31.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge