**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |

**JOINT STATUS REPORT**

On July 24, 2006, the parties filed a Joint Motion to Withdraw Pending Cross-Motions for Summary Judgment on liability so that the parties could pursue settlement discussions. The Court granted the joint motion on August 1, 2006, and ordered the parties to file a joint status report no later than August 31, 2006. The parties, by and through their respective counsel, hereby submit this Joint Status Report pursuant to the Court's order.

Upon receiving the Court's order on August 1, counsel for Defendant requested that Plaintiffs provide him with a settlement demand. Following telephone discussions between counsel on August 18 and the date of this filing, Plaintiffs have agreed to provide Defendant with a settlement demand by facsimile no later than September 8. The parties respectfully request the Court's permission to file their next joint status report no later than September 29 to apprize the Court of their progress with settlement discussions.

This report was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this report on behalf of both parties.

DATED: August 31, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

s/ G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423