# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: September 6, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

The parties will file a status report no later than September 29 to apprise the court of their progress with settlement discussions.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge