**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order filed October 6, 2006, the parties hereby submit this Joint Status Report regarding their progress with settlement discussions. While the parties have made progress in their discussions, they have been unable to agree on the proper method of determining just compensation in the "rails-to-trails" context. The parties believe the most efficient way to resolve this disagreement would be to brief this issue so that they may receive guidance from the Court. Such guidance would greatly facilitate further settlement discussions and the preparation of legal instructions for real estate appraisers, should their services be necessary in the future. Accordingly, the parties respectfully request the Court's leave to brief the just compensation issue on the following proposed schedule:

| | |
|---|---|
| Plaintiffs' opening brief | November 9, 2006 |
| Defendant's response | December 8, 2006 |
| Plaintiffs' reply | December 22, 2006 |

This report was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this report on behalf of both parties.

DATED: October 6, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

354436.1