# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: October 11, 2006

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

The parties' joint request to brief the just compensation issue on the following schedule is GRANTED.

| | |
|---|---|
| Plaintiffs' opening brief | November 9, 2006 |
| Defendant's response | December 8, 2006 |
| Plaintiff's reply | December 22, 2006 |

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge