**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**MOTION FOR ENLARGMENT OF TIME**

Comes Now the Plaintiffs by and through their attorney, R. Deryl Edwards, Jr. and move Pursuant to the Rules of the U.S. Court of Federal Claims 6.1 that this Court enlarge the briefing schedule by one week (7 days) and in support offer the following:

1. That pursuant to this Court's Order of October 11, 2006, Plaintiffs' opening brief is due November 9, 2006.

2. That Plaintiffs have not previously requested an enlargement of time for this briefing schedule.

3. That Plaintiffs' attorney has been sick in bed from Sunday November 5, 2006 until this morning, November 9, 2006.

4. That because of Plaintiffs' attorney's sickness, Plaintiffs are unable to submit their brief by November 9, 2006.

5. That Plaintiffs' attorney has spoken with opposing counsel and the government does not oppose an enlargement of time.

6. That Plaintiffs respectfully request one extra week (seven days) be added to the

briefing schedule so that Plaintiffs' opening brief will be due November 16, 2006

Wherefore, Plaintiffs request that their opening brief be due November 16, 2006, one extra week (seven days) be added to the briefing schedule and for such other relief as the Court deems just and proper.

DATED: November 9, 2006

Respectfully submitted,

__/s/_____________________________________

R. Deryl Edwards, Jr.
606 S. Pearl
Joplin, MO 64801
MO bar# 48277
Office: (417) 624-1962
Fax: (417) 624-1965
Email: rde417@hotmail.com
ATTORNEY FOR PLAINTIFF