# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: February 23, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

This case was filed over two years ago, and we had the impression from telephone conferences then that the parties were cooperating in an effort to reach settlement. Indeed, it appears that counsel remain cooperative, but now are seeking "appraisal of the affected properties." It seems that this would have been an early effort, and that counsel suggested as much during the conference two years ago. It is plaintiff's obligation to pursue this case, and we are hesitant to impose a schedule that may turn out to be unrealistic. We will be available for the three days that counsel expect a trial later in the year, so they should agree on a trial and pretrial schedule that is certain to be manageable and so advise the court. Counsels' request for a pretrial schedule should be filed no later than March 2.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge