# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: March 22, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

## SCHEDULING ORDER

The parties' joint motion for scheduling order is GRANTED. The pre-trial and trial schedule is as follows:

(1) Defendant's appraiser will inspect plaintiffs' properties on or before April 9-10, 2007.

(2) Plaintiffs will provide defendant with their appraisal report on or before April 27, 2007.

(3) Defendant will provide plaintiff with its appraisal report on or before June 15, 2007.

(4) Plaintiffs will provide defendant with any rebuttal appraisal report on or before July 16, 2007.

(5) The parties will complete expert discovery, including depositions on or before September 14, 2007.

(6) The parties will hold a Pre-trial meeting of counsel in accordance with RCFC Appendix A on or before September 28, 2007

(7) Plaintiffs will file their Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List on or before October 10.

(8) Defendant will file its Responsive Memorandum, Witness List, and Exhibits List on or before October 31, 2007.

(9) Parties will file a Joint Exhibit List on or before November 14, 2007.

(10) The parties will contact the court in early November to schedule a pre-trial conference for November 28, 2007.

(11) The parties will file any pre-trial stipulations on or before December 5, 2007.

(12) Trial will be held in Joplin, Missouri on December 17-19, 2007.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge