# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: April 30, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

Plaintiffs' unopposed motion for extension of time to submit appraisals and suggestions is GRANTED. Plaintiffs' deadline for submitting appraisals is June 1. The Government will respond to plaintiffs' appraisals no later than July 20.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge