IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case Nos.: 05-3L, 05-4L |
| | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |

**PLAINTIFFS' COLLECTIVE MOTION TO (UNOPPOSED ) DISMISS PLAINTIFFS STEVE AND TAMI FREDRICKSON FROM THE ACTION AND FOR (NEITHER OPPOSED NOR UNOPPOSED) SECOND EXTENSION OF TIME TO SUBMIT PLAINTIFFS' APPRAISALS AND SUGGESTIONS IN SUPPORT**

Come Now the Plaintiffs in the above captioned cases, by and through their counsel of record, and, pursuant to RCFC 41(a)(1), (2), collectively move to dismiss Plaintiffs Steve and Tami Fredrickson as Plaintiffs from Case No. 05-4L and to extend the Scheduling Order deadlines for Plaintiffs' submission of appraisals on the subject properties and the Government's deadline for response thereto for the reasons set forth herein below as follows:

1. The Plaintiffs' collective motion is submitted prior to the expiration of the deadline for Plaintiffs' submission of the appraisals on the properties subject to the captioned condemnation actions and is otherwise timely. This is Plaintiffs' second request for an extension of time in the Scheduling Order – the first request which was granted by the Court.

2. Counsel for the Government, Evan Pritchard, and the undersigned counsel have conferred concerning the first motion (e.g. Motion to Dismiss) and the Government does not oppose the Plaintiffs' request. Plaintiff has attempted to contact the Government for

an extension of time but Evan Pritchard is out of the office until June 18, 2007. Mr. Pritchard left a alternative government attorney to contact but she was also unavailable. Nevertheless, Plaintiffs request an extension of time provided, however, that the Government receives sufficient time, consistent with the current Scheduling Order, to respond to Plaintiffs' submitted appraisals. Plaintiffs would not oppose any reasonable additional time needed by the Government, that is, without moving the trial or trial related deadlines in the Scheduling order.

3. The Government and Plaintiffs have stipulated to the dismissal of Steven and Tami Fredrickson from the action in case number 05 – 4L due to the fact, although there was a contract for deed with John and Shirley Fredrickson at the time of the taking in June, 2002, the Plaintiffs group comprising, in part, the Fredricksons, should be confined to John and Shirley Fredrickson, whom are among the named Plaintiffs remaining in the case. There is no other change in the named Plaintiffs in that case.

4. The Plaintiffs' appraisal expert is Hayden Harrison from Springfield, Missouri, whom has now physically viewed each of the properties on several occasions. Previously, Plaintiff's appraiser had previously advised that he will need until on or before June 1, 2007 within which to complete the appraisals for submission in accordance with the Court's current Scheduling Order. The appraiser and Plaintiffs' counsel have worked diligently to complete the appraisals. However, there has been unexpected delay in gathering information from landowners regarding private sales of real estate that bear significant impact on the ultimate final appraisals. Several of the individual landowners are still locating documents and data needed by Plaintiffs appraiser to complete his analysis. Consequently, the Plaintiffs request additional time within which to submit the

appraisals until June 11, 2007, however, Plaintiffs realistically expect that the final appraisals submitted would be transmitted to the Government prior to that time. No other dates in the scheduling order are intended to be altered or extended at this time, particularly the trial date in December, 2007.

5. The requested unopposed extension is not for the purpose of hinderance or delay of the above captioned matters, but solely for the reasons set forth herein constituting good cause and to otherwise to afford justice.

WHEREFORE, the Plaintiffs respectfully request an Order of the Court: (1) dismissing from case no. 05-4L Steve and Tami Fredrickson as Plaintiffs and, (2) extending the specific deadlines for Plaintiffs' submission of its appraisals until June 11, 2007 and the Government likewise be granted an extension of time to respond until July 31, 2007 for the reasons set forth herein and for such other and further reasons as this Honorable Court deems just and equitable.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com