# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | * | |
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | * | |
| Plaintiffs, | * | Nos. 05-3L, 05-4L |
| v. | * | Filed: June 8, 2007 |
| UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * * | * | |

**ORDER**

Plaintiffs' unopposed motion to dismiss plaintiffs Steve and Tami Fredrickson from the case is GRANTED. Plaintiffs' request for an enlargement to June 11 to submit appraisals is also GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge