IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
Plaintiffs,
vs.
UNITED STATES OF AMERICA,
Defendant,

Case Nos.: 05-3L, 05-4L
Judge Robert H. Hodges, Jr.

**PLAINTIFFS' COLLECTIVE UNOPPOSED MOTION**
**THIRD EXTENSION OF TIME TO SUBMIT PLAINTIFFS' APPRAISALS AND SUGGESTIONS IN SUPPORT**

Come Now the Plaintiffs in the above captioned cases, by and through their counsel of record, and, move to extend the Scheduling Order deadlines for Plaintiffs' submission of appraisals on the subject properties by (7) seven days and the Government's deadline for response thereto for the reasons set forth herein below as follows:

1. The Plaintiffs' collective motion is submitted prior to the expiration of the deadline for Plaintiffs' submission of the appraisals on the properties subject to the captioned condemnation actions and is otherwise timely. This is Plaintiffs' third request for an extension of time in the Scheduling Order – the first two requests which were granted by the Court – the latter Order providing that Plaintiffs were to provide appraisals to the Government by June 11, 2007.

2. Counsel for the Government, Evan Pritchard, and the undersigned counsel have conferred in the morning of June 11, 2007 concerning the motion for extension of time to submit appraisals and the Government does not oppose the Plaintiffs' request, provided, however, that the Government receives sufficient time, consistent with the current

Scheduling Order, to respond to Plaintiffs' submitted appraisals. Plaintiffs would not oppose any reasonable additional time needed by the Government, that is, without moving the trial or trial related deadlines in the Scheduling order. In that regard, the Government has requested an enlargement of time until at least July 27, 2007 within which to submit its appraisals to Plaintiffs, which Plaintiffs do not object.

3. The Plaintiffs' appraisal expert is Hayden Harrison from Springfield, Missouri, whom has now physically viewed each of the properties on several occasions. Mr. Harrison and the Plaintiffs have previously completed their investigation for the information in the appraisals and Mr. Harrison was drafting the appraisals in anticipation of meeting the June 11, 2007 Scheduling Order deadline. Mr. Harrison advised Plaintiff's counsel late June 10, 2007 and again on June 11, 2007, that his rural Springfield, Missouri residence and office were without power as of the time of this motion due to a storm which had deposited as much as eight (8) inches of rain as well as downing trees and power lines in his area. It is unknown how long it will be until power is restored. Plaintiffs are hopeful that a (7) seven day extension will be sufficient to restore power and for Mr. Harrison to finish writing his appraisal. Plaintiffs asked Mr. Pritchard for a (7) seven day extension and Mr. Pritchard has graciously consented to an extension of seven (7) days or until June 18, 2007 within which to submit the appraisals. No other dates in the scheduling order are intended to be altered or extended at this time, particularly the trial date in December, 2007.

4. The requested unopposed extension is not for the purpose of hinderance or delay of the above captioned matters, but solely for the reasons set forth herein constituting good cause and to otherwise to afford justice.

WHEREFORE, the Plaintiffs respectfully request an Order of the Court extending the specific deadlines for Plaintiffs' submission of its appraisals until June 18, 2007 and the Government likewise be granted an extension of time to respond until July 27, 2007 for the reasons set forth herein and for such other and further reasons as this Honorable Court deems just and equitable.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com