IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
Plaintiffs,
vs.
UNITED STATES OF AMERICA,
Defendant,

Case Nos.: 05-3L, 05-4L
Judge Robert H. Hodges, Jr.

**PLAINTIFFS' UNOPPOSED COLLECTIVE MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFFS' APPRAISALS AND SUGGESTIONS IN SUPPORT**

Come Now the Plaintiffs in the above captioned cases, by and through their counsel of record, and, move to extend the Scheduling Order deadlines for Plaintiffs' submission of appraisals on the subject properties and the Government's deadline for response thereto for the reasons set forth herein below as follows:

1. The Plaintiffs' collective motion is submitted prior to the expiration of the deadline for Plaintiffs' submission of the appraisals on the properties subject to the captioned condemnation actions and is otherwise timely.

2. Counsel for the Government, Evan Pritchard, and the undersigned counsel conferred in the afternoon of June 22, 2007 concerning the circumstances of the previous request for additional time within which to submit the Plaintiffs' appraisals. At the time Plaintiffs submitted the fourth request for additional time, neither the Plaintiffs nor their counsel were aware of these tragic circumstances surrounding the appraiser's death of his mother in Santa Fe, New Mexico earlier this week.

3. The Plaintiffs explained that the Plaintiffs' appraisal expert, Hayden Harrison, real estate agents and brokers, property abstractors and others had worked together to

provide a substantial array of private sales and Mr. Harrison as of early last week had almost daily communications. Those communications suddenly ceased in the middle of the previous week without warning or explanation. Numerous attempts to contact Mr. Harrison at his home, office and personal cell phone, along with emails transmitted to Mr. Harrison, were totally unsuccessful. Messages were left on almost a daily basis without answer.

4. This morning, June 22, 2007, Mr. Harrison called from Santa Fe, New Mexico on his way to his mother's funeral. Mr. Harrison explained that his mother's medical condition deteriorated until she passed away earlier in the week. He is traveling by car with his family and expects to return to his Springfield, Missouri home by weekend.

5. Mr. Harrison believes that he will be able to complete a final work product this next week for submission to the Government.

6. Mr. Evan Pritchard, lead counsel for the Government graciously consented to additional time, viewing the intervention of these unforeseeable events. The Government does not oppose the Plaintiffs' request, provided, however, that the Government receives sufficient time, consistent with the current Scheduling Order, to respond to Plaintiffs' submitted appraisals. Plaintiffs continue to agree to any reasonable additional time needed by the Government to review the appraisals, that is, without moving the trial or trial related deadlines in the Scheduling order. In that regard, the Government had previously requested an enlargement of time until at least July 27, 2007 within which to submit its appraisals to Plaintiffs, which Plaintiffs do not object. However, as stated in Plaintiffs' third motion for extension of time the Plaintiffs had already requested that the Government be given until July 31, 2007 within which to provide their appraisals to

Plaintiff. Consequently, it would appear the July 31, 2007 deadline would not need to be changed at this time and would otherwise be consistent with the Plaintiffs' current request until on or before June 29, 2007 within which to submit the appraisals. However, as stated, the Plaintiffs have no objection to any additional time needed by the Government pursuant to the Scheduling Order.

7. The requested extension is not for the purpose of hinderance or delay of the above captioned matters, but solely for the reasons set forth herein constituting good cause and to otherwise to afford justice.

WHEREFORE, the Plaintiffs respectfully request an Order of the Court extending the specific deadlines for Plaintiffs' submission of its appraisals until June 29, 2007 and the Government time to respond remain until July 31, 2007, without objection to any additional time needed by the Government, for the reasons set forth herein and for such other and further reasons as this Honorable Court deems just and equitable.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com