**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' COLLECTIVE MOTION FOR FIFTH EXTENSION OF TIME TO SUBMIT PLAINTIFFS' APPRAISALS AND SUGGESTIONS IN SUPPORT**

On June 30, 2007, Plaintiffs filed their Collective Motion for Fifth Extension of Time to Submit Plaintiffs' Appraisals and Suggestions in Support ("Plaintiffs' Motion"). Plaintiffs have requested until July 13 to provide Defendant with an appraisal of their properties. Pls.' Mot. at 3. The Court's Scheduling Order of March 22, 2007, required that this was to be done no later than April 27, 2007. Order at ¶ 2. Defendant was to then provide its own appraisal on June 15. Id. at ¶ 3. Including their most recent motion, Plaintiffs have now requested a total of an additional two and a half months in which to provide their appraisal. Plaintiffs have stated that they do not wish to otherwise alter the Scheduling Order, particularly the December trial dates. Pls.' Mot. at 3.

Defendant does not oppose Plaintiffs' Motion. However, given the degree to which Plaintiffs have sought to alter the Scheduling Order, Defendant may require additional time to provide Plaintiffs with its own appraisal, which is currently due July 31. Moreover, modification of additional dates in the Scheduling Order, including the dates of trial, which are all keyed off of the exchange of appraisals, may prove necessary. Once Defendant receives Plaintiffs' appraisal, Defendant will evaluate these needs and consult with Plaintiffs' counsel as appropriate.

DATED: July 2, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

400543.1