IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
Plaintiffs,
vs.
UNITED STATES OF AMERICA,
Defendant,

Case Nos.: 05-3L, 05-4L
Judge Robert H. Hodges, Jr.

**PLAINTIFFS' COLLECTIVE NOTICE OF FILING APPRAISALS AND LETTERS OF APPRAISED VALUE**

Come Now the Plaintiffs, individually and collectively, and, pursuant to the Court's Scheduling Order, as amended, herewith notify the Court that Plaintiffs have, electronically, this date provided the Government, via the Department of Justice, letters of Appraised Value prepared by Plaintiff's retained appraisal expert, Hayden Harrison, for each Plaintiff and/or Plaintiffs' group in the consolidated cases. The full appraisals and supporting documentation upon which the letters of appraised value are based are being tendered separately electronically.

Dated: July 13, 2007.

Respectfully Submitted,

s/ R. Deryl Edwards, Jr.
LAW OFFICES OF R. DERYL EDWARDS, JR
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com