**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | (Electronically Filed July 26, 2007) |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SUBMIT APPRAISALS TO PLAINTIFFS**

Pursuant to this Court's Order of July 6, 2007, Plaintiffs were to submit their appraisal reports to Defendant on July 13, 2007. Plaintiffs submitted their appraisals by electronic mail to Defendant in batches between July 15 and July 19. Defendant must currently provide its appraisals to Plaintiffs no later than July 31. See Order (Jul. 6, 2007). As explained below, Defendant needs an additional month in which to complete its appraisals and transmit them to Plaintiffs. This is Defendant's first request for an enlargement of time and Plaintiffs' counsel has graciously agreed not to oppose it.

Defendant and Defendant's appraiser are currently reviewing Plaintiffs' appraisals in conjunction with the preparation of their own, in an effort to avoid unnecessary disagreement in methodologies and valuation where possible. Defendant's appraiser needs additional time to carefully review the conclusions reached by Plaintiffs' appraiser to identify areas of agreement and areas in which their opinions on value cannot be easily reconciled. Defendant believes this approach will ultimately result in the most expeditious resolution of this litigation. Accordingly, Defendant respectfully moves for an additional thirty-one (31) days, until August, 31, 2007, to submit its appraisal reports to Plaintiffs.

DATED: July 26, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

403333.1