# In the United States Court of Federal Claims

* * * * * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: October 16, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * * *

**ORDER**

This matter is scheduled for trial December 17-19 in Joplin, MO. We ask that the parties agree upon a date and time for a telephone status conference. Please call chambers at 202/357-6572 to schedule.

SO ORDERED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge