**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | (Electronically Filed 10/25/07) |
| Defendant. | ) | |

**JOINT MOTION TO REVISE PRE-TRIAL SCHEDULE**

On March 22, 2007, the Court issued a scheduling order establishing the pre-trial schedule to be observed by the parties. The parties have now completed the first four phases of that schedule, including the exchange of real estate appraisals. After a thorough review of the appraisals and numerous discussions regarding each appraiser's methodology and conclusions, the parties have determined that the trial schedule should be revised to allow the parties time to pursue settlement possibilities. Accordingly, the parties respectfully request that the Court adopt the schedule listed below. In addition, the parties propose that trial take place in Washington, D.C., rather than Missouri. The proposed schedule is as follows:

1. Parties complete expert discovery, including depositions, by **December 14**.
2. Pre-trial Meeting of Counsel in accordance with Appendix A (Case Management Procedure) of the Rules of the United States Court of Federal Claims on **December 21**.
3. Plaintiffs file their Memorandum of Contentions of Fact and Law, Witness List, and Exhibit List on **January 4, 2008**.
4. Defendant files its Responsive Memorandum, Witness List, and Exhibits List on **January 25, 2008**.
5. Parties will file Joint Exhibit List on **February 8, 2008**.
6. Final Pre-trial Conference on **February 15, 2008**.
7. Parties will file any pre-trial stipulations by **February 21, 2008**.
8. Trial in Washington, D.C., on **March 12-14, 2008**.

This motion was jointly prepared by counsel for the parties. Counsel for Plaintiffs has authorized the undersigned to file this motion on behalf of both parties.

DATED: October 25, 2007

Respectfully submitted,

Ronald J. Tenpas
Acting Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

414802.1