# In the United States Court of Federal Claims

* * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al *

Plaintiffs, * No. 05-3, 05-4

v. * Filed: October 25, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

This matter is scheduled for trial in Joplin, MO from December 17-19. The parties have moved to revise the pre-trial schedule and continue the trial to March 12-14 at the National Courts Building in Washington, D.C. The joint motion to revise pre-trial schedule hereby is GRANTED. The court accepts the schedule provided by the parties.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge