**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr.<br><br>(Electronically filed 10/31/07) |

**STIPULATION AS TO LIABILITY**

The United States hereby stipulates to liability for the taking of an easement over Plaintiffs' property at issue in this consolidated action. The taking occurred on June 21, 2002, upon the issuance of the Notice of Interim Trail Use/Railbanking decision ("NITU") by the Surface Transportation Board ("STB"), Docket No. AB-6 (Sub-No. 395X), referenced in ¶ 18 of both the Carl Junction Complaint and the Hance Complaint. The purpose of the easement is for interim trail use and railbanking and for any other purpose consistent with the National Trails System Act, 16 U.S.C. § 1247(d) ("Trails Act").

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s G. Evan Pritchard
G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States and
Designated Representative of the Attorney
General

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

416865.1