IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
Plaintiffs,
vs.
UNITED STATES OF AMERICA,
Defendant,

Case Nos.: 05-3L, 05-4L
Judge Robert H. Hodges, Jr.

**PLAINTIFF MIKE AND ANITA EDDY'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, Mike and Anita Eddy, each one of the named Plaintiffs in the above captioned consolidated action, by and through its counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of their acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGEED:

MIKE EDDY, PLAINTIFF

ANITA EDDY, PLAINTIFF

R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 Fax
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case Nos.: 05-3L, 05-4L |
| | ) | Judge Robert H. Hodges, Jr. |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant, | ) | |

**PLAINTIFF RANDY AND SHEILA FLETCHER'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, Randy and Sheila Fletcher, each one of the named Plaintiffs in the above captioned consolidated action, by and through their counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of their acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGEED:

RANDY FLETCHER, PLAINTIFF

SHEILA FLETCHER, PLAINTIFF

R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 Fax
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
)
Plaintiffs, )
)
vs. ) Case Nos.: 05-3L, 05-4L
) Judge Robert H. Hodges, Jr.
UNITED STATES OF AMERICA, )
)
Defendant, )

**PLAINTIFF PAUL AND KATHLEEN HANCE'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, Paul and Kathleen Hance, each one of the named Plaintiffs in the above captioned consolidated action, by and through their counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of their acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGREED:

PAUL HANCE, PLAINTIFF

KATHLEEN HANCE, PLAINTIFF

R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 Fax
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
)
Plaintiffs, )
)
vs. ) Case Nos.: 05-3L, 05-4L
) Judge Robert H. Hodges, Jr.
UNITED STATES OF AMERICA, )
)
Defendant, )

**PLAINTIFF JEFF AND JACKIE LUNDIEN'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, Jeff and Jackie Lundien, each one of the named Plaintiffs in the above captioned consolidated action, by and through their counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of their acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGREED:

JEFF LUNDIEN, PLAINTIFF

JACKIE LUNDIEN, PLAINTIFF

R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 Fax
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al., Plaintiffs, vs. UNITED STATES OF AMERICA, Defendant, | ) | Case Nos.: 05-3L, 05-4L<br>Judge Robert H. Hodges, Jr. |

**PLAINTIFF CARL JUNCTION SCHOOL DISTRICT'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, the Carl Junction, Missouri R-1 School District, one of the named Plaintiffs in the above captioned consolidated action, by and through its counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of its acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGREED:

Carl Junction, Missouri R-1 School District
By: Dr. Robert D. Herron, Jr.
Chairman of the R-1 School Board
PLAINTIFF

R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 Fax
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,)
Plaintiffs,
vs.
UNITED STATES OF AMERICA,
Defendant,

Case Nos.: 05-3L, 05-4L
Judge Robert H. Hodges, Jr.

**PLAINTIFF ORIN AND SHIRLEY ECKHARDT'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Comes Now, Orin and Shirley Eckhardt, each one of the named Plaintiffs in the above captioned consolidated action, by and through their counsel, R. Deryl Edwards, Jr. and, pursuant to RCFC 68, herewith timely provides written notice to the Court of their acceptance of an offer of judgment from the United States dated November 1, 2007, exclusive of interest, costs, expenses and attorney fees.

Dated this 5th day of November, 2007.

AGREED:

Orin Eckhardt
ORIN ECKHARDT, PLAINTIFF

Shirley A. Eckhardt
SHIRLEY ECKHARDT, PLAINTIFF

Shirley A. Eckhardt

R. Deryl Edwards, Jr.
606 Pearl Avenue
Joplin, Missouri 64801
(417) 624-1962
(417) 624-1965 Fax
ATTORNEY FOR PLAINTIFFS