**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiffs Paul D. and Kathleen G. Hance in these consolidated actions, for the taking alleged in the Complaint, in the amount of Twelve Thousand Six Hundred and Nine Dollars ($12,609), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiffs Sam and Juanita Darnell in these consolidated actions, for the taking alleged in the Complaint, in the amount of Six Thousand Seven Hundred Twenty-Five Dollars ($6,725), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiffs Orin and Shirley Eckhardt in these consolidated actions, for the taking alleged in the Complaint, in the amount of One Thousand Eight Hundred and Eighteen Dollars ($1,818), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiffs Jeff and Jackie Lundien in these consolidated actions, for the taking alleged in the Complaint, in the amount of Eighteen Thousand Five Hundred and Fifty-Four Dollars ($18,554), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiffs Randy and Sheila Fletcher in these consolidated actions, for the taking alleged in the Complaint, in the amount of Twenty Five Thousand Six Hundred and Eleven Dollars ($25,611), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiffs John and Shirley Frederickson in these consolidated actions, for the taking alleged in the Complaint, in the amount of Thirteen Thousand Four Hundred Sixty-Eight Dollars ($13,468), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al. | ) | |
| Plaintiff, | ) | |
| v. | ) | Nos. 05-3L, 05-4L |
| | ) | Senior Judge Robert H. Hodges, Jr. |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiffs Mike and Anita Eddy in these consolidated actions, for the taking alleged in the Complaint, in the amount of Thirty-Two Thousand One Hundred Twenty-Three Dollars ($32,123), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 05-3L, 05-4L<br>Senior Judge Robert H. Hodges, Jr. |

**OFFER OF JUDGMENT**

Defendant, pursuant to RCFC 68, hereby offers to allow judgment to be taken against it and in favor of Plaintiff Carl Junction R-1 School District in these consolidated actions, for the taking alleged in the Complaint, in the amount of Forty-Six Thousand Ninety-Three Dollars ($46,093), inclusive of principal only, plus whatever interest, costs and attorneys' fees have accrued in an amount to be determined later by the Court.

This Offer of Judgment is made for the purposes specified in RCFC 68, and is not to be construed either as an admission that Defendant is liable in this action, or that Plaintiff is entitled to just compensation.

DATED: October 31, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

G. EVAN PRITCHARD
Environment & Natural Resources Division
Natural Resources Section
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-0203
Fax: 202-305-0506
E-mail: g.evan.pritchard@usdoj.gov
Attorney for Defendant United States

Of Counsel:

Evelyn Kitay
Surface Transportation Board
Office of General Counsel
1925 K Street, N.W.
Suite 600
Washington, D.C. 20423

CERTIFICATE OF SERVICE

The undersigned certifies that on this 31st day of October, 2007, true and correct copies of the foregoing eight OFFERS OF JUDGMENT were served via fax and Federal Express courier to the following counsel of record:

R. Deryl Edwards
Law Offices of R. Deryl Edwards
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965 fax

LaShaon Asberry-Beach

419181.1