# In the United States Court of Federal Claims

* * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

Plaintiffs, * Nos. 05-3L, 05-4L

v. * Filed: November 16, 2007

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * *

**ORDER**

Defendant made an offer of judgment pursuant to Rule 68 in the amount of $12,609, excluding applicable interests, costs, and attorneys' fees to be determined. Plaintiffs have accepted defendant's offer. There being no just reason for delay, the Clerk of Court will enter judgment for plaintiffs in accordance with Rule 54(b). Counsel will advise the court on or before November 26 whether they will stipulate amounts not covered by this Order, or how they wish to proceed.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge