# In the United States Court of Federal Claims

**Nos. 05-3L & 05-4L**

**CARL JUNCTION R-1 SCHOOL DISTRICT, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Offer of Judgment, filed November 8, 2007, and the plaintiffs' Notice of Acceptance of Offer of Judgment, filed November 7, 2007, and the court's November 16, 2007 Order stating there is no just reason for delay as provided in Rule 54(b),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 68, that the plaintiffs, Orin and Shirley Eckhardt, recover of and from the United States the sum of $1,818.00, exclusive of interest, costs, expenses and attorney fees.

Brian Bishop
Clerk of Court

**November 20, 2007** By: s/Lisa L. Reyes

Deputy Clerk