**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CARL JUNCTION R-1 SCHOOL DISTRICT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Nos. 05-3 L, 05-4 L<br><br>Judge Robert H. Hodges, Jr. |

**JOINT RESPONSE TO THE COURT'S NOVEMBER 16, 2007 ORDER**

On November 16, 2007, the Court issued an Order acknowledging that the Defendant United States had made an offer of judgment pursuant to Rule 68 of the Rules of the United States Court of Federal Claims and that the Plaintiffs had accepted the United States' offer. See Order at 1, filed November 16, 2007 (Doc. 74). The Court noted that the offer excludes applicable interest, costs, and attorneys' fees. See id. The Court directed the Clerk of the Court to enter judgment on the Plaintiffs' behalf in the amount of the offer and instructed the parties to advise the Court whether they will stipulate to the excluded amounts not covered in the Court's order. See id.

The parties are currently engaged in good faith negotiations to reach an agreement regarding the remaining amounts. Counsel have reached a tentative agreement with regard to interest, subject to final approval within the Department of Justice. The Plaintiffs' counsel has provided the United States with documentation regarding the Plaintiffs' costs, expenses, and fees, and the United States is currently reviewing these materials. The parties hope to resolve these issues without the Court needing to intervene further. The parties propose filing a joint status report on January 18, 2008 to inform the Court of the parties' progress in resolving the remaining matters.

Counsel for both parties prepared this response to the Court. Plaintiffs' counsel has

authorized the United States' counsel to file this response on behalf of both parties.

Respectfully submitted this 21st day of November, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: *s/ Mark S. Barron*
MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044
Tel. (202) 305-0490/ Fax (202) 305-0506
mark.barron@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2007, a copy of the Joint Response to the Court's November 16, 2007 Order was electronically sent via the United States Court of Federal Claims' CM/ECF system to the following parties:

R. Deryl Edwards, Jr.
Joplin, Missouri
rde417@hotmail.com

By: *s/ Mark S. Barron*

MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044
Tel. (202) 305-0490/ Fax (202) 305-0506
mark.barron@usdoj.gov