# In the United States Court of Federal Claims

* * * * * *

CARL JUNCTION R-1 SCHOOL DISTRICT, et al., *

*

Plaintiffs, Nos. 05-3L, 05-4L

*

v. Filed: March 31, 2008

*

UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * *

**ORDER**

The parties have stipulated that the Government will pay attorney's fees in the amount of $423,727.70 and interest in the amount of $43,000.00. There being no just reason for delay, the Clerk of Court will enter judgment for plaintiffs in accordance with Rule 54(d)(2). The Clerk of the Court is directed to close the case.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge