# In the United States Court of Federal Claims

**Nos. 05-3 L & 05-4 L**

**CARL JUNCTION R-1 SCHOOL DISTRICT, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Order, filed March 31, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States attorney's fees in the amount of $423,727.70 and interest in the amount of $43,000.00.

John S. Buckley
Acting Clerk of Court

**April 21, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.